UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY SHIRLEY, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:21-CV-04458 |
| VERSUS | JUDGE DRELL |
| BELLE EXPLORATION INC., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Rule 12(b)(6) Motions to Dismiss (ECF Nos. 30, 45, 46, 63, 66, 82, 101, 102, 103, 104) are DENIED IN PART and GRANTED IN PART, as follows:

Because Plaintiffs' claims are not barred by *res judicata* or collateral estoppel, Belle's Rule 12(b)(6) Motions to Dismiss (ECF Nos. 30, 103) are DENIED IN PART on that basis.

Because Plaintiffs fail to state a claim for revendicatory relief, Defendants' Rule 12(b)(6) Motions to Dismiss (ECF Nos. 30, 45, 46, 63, 66, 82, 101, 103, 104) are GRANTED IN PART to the extent they seek dismissal of Plaintiffs' revendicatory

claim. Plaintiffs' claims for revendicatory relief against Defendants are DISMISSED WITH PREJUDICE.

Because Plaintiffs' claims under La. Civ. Code arts. 2305 and 2299 are not prescribed, Belle's Rule 12(b)(6) Motions to Dismiss (ECF No. 30, 103) and SOG's Rule 12(b)(6) Motions to Dismiss (ECF Nos. 46, 63, 101) are DENIED IN PART to the extent they seek dismissal of those claims as prescribed.

Because Plaintiffs state sufficient claims for relief under La. Civ. Code arts. 2299 and 2305 for recovery of a thing not owed, Belle's Rule 12(b)(6) Motions to Dismiss (ECF Nos. 30, 103), SOG's Rule 12(b)(6) Motions to Dismiss (ECF Nos. 46, 63, 101), and Kepco's Rule 12(b)(6) Motion to Dismiss (ECF Nos. 82, 104) are DENIED IN PART to the extent they seek dismissal of those claims.

Because Plaintiffs' Amended Complaint (ECF No. 59) complies with the requirements of Rule 8, White River's, Day Town's, and Kepco's Rule 12(e) Motions for More Definite Statement (ECF Nos. 45, 66, 82, 102, 204) are DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 27th day of November 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT